# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**MICHAEL EDWARD ALLEN**                                          **PLAINTIFF**
**ADC #176724**

**V.**                          **NO. 4:23-cv-001145-BRW-ERE**

**ARKANSAS DIVISION OF CORRECTIONS**
**and WELLPATH**                                          **DEFENDANTS**

### RECOMMENDED DISPOSITION

## I.    Procedures for Filing Objections:

This Recommendation has been sent to United States District Judge Billy Roy Wilson. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not object, you risk waiving the right to appeal questions of fact and Judge Wilson can adopt this Recommendation without independently reviewing the record.

## II.    Discussion:

On November 30, 2023, *pro se* plaintiff Michael Edward Allen, an Arkansas Division of Correction ("ADC") inmate, filed this action under 42 U.S.C. § 1983. *Doc. 2*. Because Mr. Allen is a "three-striker,"[1] he can proceed in forma pauperis

---

[1] The following dismissals are "strikes" for purposes of 28 U.S.C. § 1915(g): *Allen v.*

only if he is currently in imminent danger of serious physical injury. See 28 U.S.C. § 1915(g); *Ashley v. Dilworth,* 147 F.3d 715, 717 (8th Cir. 1998).

Mr. Allen's complaint alleges that unidentified medical staff failed to provide him prescription medication in September and October of 2023. These alleged facts and claims are insufficient to suggest that Mr. Allen faces an imminent danger of serious physical injury.

Based on Mr. Allen's status as a three-striker and his failure satisfy the imminent-danger-of-serious-physical-injury standard, he was ordered to pay the $402.00 filing fee within 30 days in an Order filed on December 1, 2023. *Doc. 3.* The Order specifically cautioned Mr. Allen that his failure to pay the filing fee would result in dismissal of his claims, without prejudice.

To date, Mr. Allen has not complied with the Court's December 1, 2023 Order by paying the filing fee, and the time for doing so has passed.

## III.  **Conclusion:**

IT IS THEREFORE RECOMMENDED THAT:

1.      Mr. Allen's complaint be DISMISSED, without prejudice, based on his failure to: (1) comply with the Court's December 1, 2023 Order requiring him to pay the filing fee; and (2) prosecute this lawsuit.

---

*Emberton, et al.*, 4:20-cv-1168- BRW (E.D. Ark.); *Allen v. Emberton, et al.*, 4:20-cv-808-JM (E.D. Ark.); and *Allen v. Emberton, et al.*, 4:20-cv-690-DPM (E.D. Ark.).

2.     The Clerk be instructed to close this case.

Dated 4 January 2024.

_____
UNITED STATES MAGISTRATE JUDGE