# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MICHAEL EDWARD ALLEN**                                                                                          **PLAINTIFF**
**ADC #176724**

**V.**                                       **NO. 4:23-cv-001145-BRW**

**ARKANSAS DIVISION OF CORRECTIONS**
  **and WELLPATH**                                                                                                       **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, the timely objections, as well as a de novo review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Allen's complaint is DISMISSED, without prejudice, based on his failure to: (1) comply with the Court's December 1, 2023 Order; (2) pay the filing fee; and (3) prosecute this lawsuit. The Clerk is instructed to close this case.

IT IS SO ORDERED, this 12th day of January, 2024.

                                                      BILLY ROY WILSON
                                       UNITED STATES DISTRICT JUDGE